UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA ALELLO, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:17-cv-7807 |
| ) | |
| v. ) | Judge: Brown |
| ) | |
| SOUTHERN CREDIT RECOVERY, INC., ) | Magistrate: Knowles, III |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Angela Alello ("Plaintiff"), through undersigned counsel, hereby notifies the Court that the parties have agreed to settle Plaintiff's claims in this action. Plaintiff anticipates filing a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within 60 days, which will dismiss all of Plaintiff's claims with prejudice. Accordingly, Plaintiff requests the Court vacate all pending orders and deadlines.

DATED:  September 13, 2017                        RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq., T.A. #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff